# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *          *
JOHN STEVEN GRISWOLD and                      *
PATRICIA DONAHUE GRISWOLD,                    *
                                              *
         Plaintiffs,                          *
                                              *    No. 19-1541L
    v.                                        *    Filed: June 16, 2020
                                              *
UNITED STATES,                                *
                                              *
         Defendant.                           *
* * * * * * * * * * * * * * * * * *          *
```

## O R D E R

The court is in receipt of the parties' June 15, 2020 joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2019), this court **ORDERS** that this case be **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**